Submitted October 2, reversed December 16, 2009

In the Matter of N. M.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

N. M.,
*Appellant.*

Umatilla County Circuit Court
MC090008; A141644

222 P3d 48

Kent A. Anderson filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Pamela J. Walsh, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

In this mental commitment case, appellant contends that, among other things, the evidence was insufficient to establish by clear and convincing evidence that, at the time of the hearing, he suffered from a mental disorder that caused him to be a danger to himself or to others. ORS 426.130(1). The state concedes that the evidence is not sufficient. On *de novo* review, *State v. O'Neill*, 274 Or 59, 61, 545 P2d 97 (1976), we agree that the evidence is insufficient.

Reversed.